U.S. DISTRICT COURT
DISTRICT OF NEVADA
FILE — AFTER HOURS

DEC 7

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>             Plaintiff, )<br>  )<br>      vs. )<br>  )<br> MELISSA CUE, )<br>  )<br>             Defendant. )<br>_____) | Case No. 2:10-cr-547-RLH-RJJ<br><br>**ORDER MODIFYING BOND** |

IT IS HEREBY ORDERED that the following condition is added to the terms of supervised pretrial release imposed by the Court on December 6, 2010:  The defendant shall report weekly to Pretrial Services in Alaska.

DATED this 7th day of December, 2010.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge