U.S. DISTRICT COURT
DISTRICT OF NEVADA
FILE ——   AFTER HOURS

DEC - 7

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-o0o-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:10-cr-547-RLH-RJJ |
| vs. | ) | **ORDER MODIFYING BOND** |
| MELISSA CUE, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the following condition is added to the terms of supervised pretrial release imposed by the Court on December 6, 2010:  The defendant shall report weekly to Pretrial Services in Alaska.

DATED this 7th day of December, 2010.

GEORGE FOLEY, JR.
United States Magistrate Judge