# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>            )<br>    PLAINTIFF      )<br>            )<br>  vs          )<br>            )<br>MELISSA CUE,        )<br>            )<br>    DEFENDANT     )<br>_____) | 2:12-CR-023-JCM-CWH<br>2:10-CR-547-RLH-GWF<br><br>ORDER TO CONSOLIDATE CASE |

The Court having reviewed the motion by the United States which is joined in by counsel for the defendant and good cause appearing:

IT IS HEREBY ORDERED that case number 2:12-CR-023-JCM-CWH is consolidated with case number 2:10-CR-547-RLH-GWF for the purpose of all further proceedings.

DATED this  8   day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE